# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Fax to Cathy S. Lusk, 12th Court of Appeals, Tyler, TX.  Fax # (903) 593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/12/2015 11:57:11 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If Known):          12-15-00113-CV

Trial Court Style:     JASON ROWELL VS FIRETROL PROTECTION SYSTEMS

Trial Court & County:          114TH          Smith
        Trial Court No.:          15-0581-B

Date Trial Clerk's Record Originally Due:          05-09-15

Date Court Reporter's/Recorder's Record Originally Due:          05-09-15
Anticipated Number of Pages of Record:          150

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason(s):  (check all that apply – attach additional pages if necessary)

☐          To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒          My duties listed below preclude working on this record:

x          Other, (Explain) : I HAVE NOT RECEIVED A DESIGNATION OF RECORD NOR PAYMENT FOR THE CLERK'S RECORD.  THERE IS NOT A SIGNED JUDGMENT PER COURT COORDINATOR LORI FARMER.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 06-12-15, And **I hereby request an additional 30 days** within which to prepare the record. TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: 05-12-15                    /S/ LINDA RHYMES
                    /S/  LINDA RHYMES

Office Phone Number:     903-590-1677          Linda Rhymes
                         (Printed Name)

                    DEPUTY
                    (Official Title)

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements:* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:

| Lead Counsel for **APPELLANT(S):** | | Lead Counsel for **APPELLEE(S):** | |
|---|---|---|---|
| Name: | NILES ILLICH PH.D, J.D. | Name: | ROGER ANDERSON |
| Address: | LAW OFFICE OF NILES ILLICH 701 COMMERCE #400 DALLAS,TEXAS 75202 | Address: | 613 SHELLEY PARK PLAZA TYLER, TEXAS 75701 |
| Phone #: | 972-802-1788 972-236-0088 | Phone #: | 903-581-8600 FAX 903-581-8790 |
| Attorney For: | JASON ROWELL | Attorney For: | FIRETROL PROTECTION SYS. |